IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESUS CIANEZ HERNANDEZ,**<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>**GREG LEWIS,**<br><br>　　　　　　　　　　Respondent. | 1:12-cv-01661 LJO MJS HC<br><br>**ORDER GRANTING MOTION TO WITHDRAW REQUEST FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF**<br><br>**(Doc. 31)** |

　　　　Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On October 1, 2013, Petitioner filed a request for leave to file a supplemental brief. (ECF No. 31.) The next day, on October 2, 2013, Petitioner filed notice with the Court to withdraw the request for leave for file a supplemental brief. (ECF No. 32.) The Court hereby ORDERS the request for leave (ECF No. 31.) to be withdrawn.

IT IS SO ORDERED.

　　Dated:　　September 29, 2014　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1